IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AHMEEN MUMIT                                                                                    PLAINTIFF

VS.                                    2:16-CV-00169 BRW/BD

GAYLON LAY, et al.
                                                                                                DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Mumit's claims against the Doe defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate the Doe defendants as parties to this lawsuit.

IT IS SO ORDERED, this 20th day of April, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE