# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

AHMEEN MUMIT                                                                                 PLAINTIFF

VS.                       2:16-CV-00169 BRW/BD

GAYLON LAY, *et al.*                                                     DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections and the time for doing so has passed.[1] After careful review of the Recommendation, I adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 12) is GRANTED in part, and DENIED in part. Plaintiff's claims against Defendants in their official capacity are DISMISSED with prejudice. His claims against Defendants Lay and Reed in their individual capacity are DISMISSED without prejudice. Additionally, Plaintiff's First Amendment claim against the John Doe Defendant is DISMISSED without prejudice, and his Due Process claim is DISMISSED with prejudice. In fine, Plaintiff may proceed on his First Amendment claim against Defendant Dickerson in her individual capacity.

IT IS SO ORDERED, this 16th day of May, 2017.

                                                                     /s/Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Friday, May 12, 2017.