IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AHMEEN MUMIT                                                                                      PLAINTIFF

V.                            CASE NO. 2:16-CV-169 BRW-BD

GAYLON LAY, et al                                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Mumit's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's October 10, 2017 order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 27th day December, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE