**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**AHMEEN MUMIT**                                                                     **PLAINTIFF**

**VS.**                          **2:16-CV-169 BRW-BD**

**GAYLON LAY,** *et al.*                                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 27th day of December, 2017.

                                                   /s/ Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE